# United States Court of Appeals
# for the Federal Circuit

———————————————

January 7, 2013

**ERRATA**

———————————————

2011-1593
(Opposition Nos. 91179064, 91182358, 91183644, 91186026,
91187261, 91188860, 91191230, 91192691, 91194551,
91196019, and 91198046; and Cancellation No. 92046853)

**STEPHEN SLESINGER, INC.,**
*Appellant,*

v.

**DISNEY ENTERPRISES, INC.,**
*Appellee.*

———————————————

Decided December 21, 2012
Precedential

———————————————

Please make the following change:

Page 1, correct name of law firm "Fross Zelnick Lehrman & Zussu"
to "Fross Zelnick Lehrman & Zissu"